UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL CARS LTD., INC., and DANVERS ICL 1, LLC d/b/a HONDA NORTH, <br><br> Plaintiffs, <br><br> v. <br><br> ERIC THORNER, et al., <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)     No. 23-cv-11932-JEK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

**KOBICK, J.**

*Pro se* defendant Jason Black has filed a renewed motion to appoint counsel, ECF 126, and an Application to Proceed in District Court Without Prepaying Fees or Costs ("Application"). ECF 129.

Upon review of Blacks' Application, the Court concludes he has adequately demonstrated that he is without sufficient income or assets to retain counsel. Thus, he will be allowed to proceed *in forma pauperis*. As to Black's motion to appoint counsel, 28 U.S.C. § 1915(e)(1) authorizes the Court to "request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1). The Court allows the motion and refers the matter to the Court's Pro Bono Coordinator to attempt to secure counsel willing to represent Black without compensation. Black is advised that the allowance of his motion to appoint counsel does not mean that he is guaranteed pro bono counsel. The Pro Bono Coordinator will contact attorneys who have expressed interest in pro bono representation and inform them that the Court requests pro bono counsel. If none of these attorneys agree, he will be required to continue to represent himself. The Pro Bono

2

Coordinator shall, by June 30, 2026, report to the court the result of efforts to secure pro bono counsel.

SO ORDERED.

/s/ Julia E. Kobick
Julia E. Kobick
United States District Judge

Dated: May 26, 2026

2